IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF WISCONSIN,<br><br>    Plaintiff,<br><br>    v.<br><br>DON MILLIS, JULIE M. GLANCEY, ROBERT F. SPINDELL, JR., MARK L. THOMSEN, ANN S. JACOBS, MARGE BOSTELMANN, in their official capacity as members of the Wisconsin Elections Commission, and MEAGAN WOLFE, in her official capacity as the Administrator of the Wisconsin Elections Commission,<br><br>    Defendants. | Case No: 21-cv-805 |

## DECLARATION OF MEAGAN WOLFE

I, Meagan Wolfe, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am over the age of eighteen (18) years old and am competent to be a witness.

2. I am Administrator of the Wisconsin Elections Commission (the "Commission") and a party in the above-captioned matter. In my capacity as Administrator, I have knowledge of the steps the Commission has taken to reactivate the registrations of 31,854 voters whose registrations had been deactivated by the Commission on July 31, 2021.

3. As of the date of this Declaration, the Commission has reactivated the registrations of 30,554 voters whose registrations had been deactivated by the Commission on July 31, 2021.

4. The remaining 1,300 voters did not require reactivation of their registrations because they had already re-registered or were deactivated for other reasons such as death or voter registration in another state.

I declare under penalty of perjury that the foregoing facts are true and correct this 12th day of August, 2022.

_____
MEAGAN WOLFE