IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LEAGUE OF WOMEN VOTERS OF WISCONSIN,

    Plaintiff,

  v.

DON MILLIS, JULIE M. GLANCEY, ROBERT F. SPINDELL, JR., MARK L. THOMSEN, ANN S. JACOBS, MARGE BOSTELMANN, in their official capacity as members of the Wisconsin Elections Commission, and MEAGAN WOLFE, in her official capacity as the Administrator of the Wisconsin Elections Commission,

    Defendants.

Case No: 21-cv-805

## STIPULATION FOR DISMISSAL

Plaintiff, League of Women Voters of Wisconsin, and Defendants, Don M. Millis, Julie M. Glancey, Robert F. Spindell, Jr., Mark L. Thomsen, Ann Jacobs, and Marge Bostelmann, in their official capacities as members of the Wisconsin Elections Commission, and Meagan Wolfe, in her official capacity as Administrator of the Wisconsin Elections Commission, by their respective undersigned attorneys, hereby stipulate that the above-captioned action shall be dismissed in its entirety, with prejudice and without costs or fees to any party.

Respectfully submitted,

DATE: August 17, 2022

*s/ Jon Sherman*
Jon Sherman
D.C. Bar No. 998271
Michelle Kanter Cohen
D.C. Bar No. 989164
Cecilia Aguilera
D.C. Bar No. 1617884
Fair Elections Center
1825 K St. NW, Ste. 450
Washington, D.C. 20006
jsherman@fairelectionscenter.org
mkantercohen@fairelectionscenter.org
caguilera@fairelectionscenter.org
(202) 331-0114

Daniel S. Lenz
Wis. Bar No. 1082058
Law Forward, Inc.
222 W. Washington Ave., Ste 250
P.O. Box 326
Madison, WI 53703-0326
dlenz@lawforward.org
(608) 556-9120

Douglas M. Poland, SBN 1055189
Jeffrey A. Mandell, SBN 1100406
STAFFORD ROSENBAUM LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison, WI 53701-1784
dpoland@staffordlaw.com
jmandell@staffordlaw.com
608.256.226

*Counsel for Plaintiff*


 *s/ Deborah C. Meiners*
Jon P. Axelrod
Wis. Bar No. 1012131
Deborah C. Meiners
Wis Bar No. 1074114
DeWitt LLP
Two East Mifflin Street, Suite 600
Madison, WI 53703-2865
jpa@dewittllp.com
dcm@dewittllp.com
608-255-8891

*Counsel for Defendants*